IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRADLEY WARREN and PAULA GAY WARREN,

    *Plaintiffs*,

v.

JOHNSON MATTHEY, INC. *et al.*,

    *Defendants*.

CIVIL ACTION
NO. 15-01919

## ORDER

**AND NOW**, this 19th day of January, 2016, upon consideration of Defendants Johnson Matthey, Inc. ("Johnson Matthey"), Whittaker Corp. ("Whittaker"), Marcegaglia USA, Inc. ("Marcegaglia") and Constitution Drive Partners, L.P.'s ("Constitution Drive") Motions to Dismiss (ECF Nos. 11, 17, 18, 33), Plaintiffs' Responses (ECF Nos. 19, 21, 22, 37) and the parties' Supplemental Briefs (ECF Nos. 49, 50), it is hereby **ORDERED** that the motions are **GRANTED**.

Counts I and II of Plaintiffs' amended complaint are **DISMISSED with prejudice**. The Court will not exercise supplemental jurisdiction over Plaintiffs' remaining state law claims against Defendants. Counts III–VIII are accordingly **DISMISSED without prejudice**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1